UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-9506-AS | Date | January 27, 2026 |
|---|---|---|---|
| Title | Edmond Neal v. Rice Rise Inc., et al. | | |

Present: The Honorable   Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 18, 2025, Plaintiff filed a Joint Notice of Settlement, notifying the Court that the parties had reached a settlement agreement and requesting Court to retain jurisdiction for 30 days while the parties finalized and performed the terms of the settlement. (Dkt. No. 9). That same day, the Court granted the request. (Dkt. No. 10). More than 30 days have now passed, however, and no stipulation to dismiss the case has been filed.

Plaintiff is therefore ORDERED TO SHOW CAUSE within fourteen days of the date of this Order why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by submitting a Stipulation for Dismissal by no later than February 10, 2026. Alternatively, the parties may stipulate to an extension of time until no later than February 24, 2026, to finalize the terms of their settlement.

Failure to timely respond to this Order will result in dismissal of this action for failure to prosecute and/or for failure to obey a court order. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**